| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:22CR00029 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 24cr10386 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Albert B. Correira Westport, Massachusetts | DISTRICT District of Alaska | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Joshua M. Kindred, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 8/25/2023 | TO 8/24/2025 |

**OFFENSE**
Wildlife Trafficking Conspiracy in violation of 18 U.S.C. § 371

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant currently resides in Massachusetts and has no intentions of returning to Alaska.

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-4-24
Date

*signature*
Honorable Sharon L. Gleason, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12·13·2024
Effective Date

*signature*
Honorable Accepting Judge



# Memorandum

To: The Honorable Chief Judge F. Dennis Saylor IV

From: Lacey Francis, U.S. Probation Officer

Date: December 5, 2024

Re: **Albert B. Correira  3:22CR00029-001-JMK
TRANSFER OF JURISDICTION TO D/MA**

---

On August 25, 2023, Albert Correira was sentenced in the District of Alaska by the Honorable Joshua M. Kindred, U.S. District Judge to 2 years' Probation.

As Mr. Correira resides in Massachusetts and intends to remain in the District of Massachusetts permanently, a transfer of jurisdiction to the District of Massachusetts is requested by this office.

In view of the foregoing, I recommend that we accept transfer of jurisdiction of this case. Please execute the attached PF#22 form if you concur.